**Order issued July 24, 2014 Withdrawn and Order filed July 29, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00400-CR
_____

**ELADIO CASTRO NAJERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Cause No. 321010182**

## O R D E R

Appellant is represented by retained counsel, Maverick J. Ray. No reporter's record has been filed. Roxanne Wiltshire, the court reporter for this case, informed the court that appellant had not made arrangements for payment for the reporter's record. On June 20, 2014, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply. Therefore, on July 24, 2014, this court ordered appellant's counsel to file a brief without the benefit of

the reporter's record.

Later the same day, the court reporter notified this court that she had received payment for the record, and she requested an extension of time to file the record. Accordingly, we **WITHDRAW** the order issued July 24, 2014, requiring appellant's brief to be filed without a reporter's record. We **GRANT** the court reporter's requested extension of time to file the reporter's record until **September 2, 2014.**

PER CURIAM